250      CAMP *v.* BRYAN *et al.*      [Sept. T.

Opinion of the Court.

# LEVI R. CAMP

*v.*

# JOHN BRYAN *et al.*

INJUNCTION — *damages on dissolution, enjoining collection of judgment.*
It is error to allow damages upon the dissolution of an injunction enjoining the collection of a judgment at law, in excess of ten per cent upon the amount of the judgment.

APPEAL from the Circuit Court of Knox county; the Hon. ARTHUR A. SMITH, Judge, presiding.

Mr. W. DAVIS, and Mr. R. C. HUNT, for the appellant.

Mr. JUSTICE DICKEY delivered the opinion of the Court:

The damages allowed on the dissolution of the injunction enjoining the collection of a judgment, are limited by statute to ten per cent upon the amount. Rev. Stat. 1874, p. 579. The damages allowed in this case are $50. The amount of the judgment enjoined was less than $184. For this error the decree must be reversed. It is by no means clear upon this record, that the injunction should not have been made perpetual. The bill charges a fraudulent conspiracy to use, to the detriment of appellant, a paper-called an indemnity, which, it seems from the record, was never executed and delivered by appellant; of all which, the bill says, the alleged conspirators had notice. If this be true, appellant has a right, in equity, to have that document, and the judgment upon it, adjudged null and void.

*Judgment reversed.*